# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Beryl J. Koenig
*Petitioner*
v.
United States Marshals, Eric H. Holder, Jr, United States of America, United States Probation
*Respondent*

Civil Action No. 8:10-cv-00696-HMH

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus post judgment interest at the rate %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: IT IS ORDERED AND ADJUDGED that petition for writ of habeas corpus is dismissed without prejudice and without issuance and service of process upon Respondents.

.

This action was *(check one)*:

❒ tried by a jury with Judge presiding, and the jury has rendered a verdict.

❒ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Henry M. Herlong, Jr on the record. on a motion for

.

Date: May 14, 2010

*CLERK OF COURT*

s/Nora Chandler, Deputy Clerk

*Signature of Clerk or Deputy Clerk*